## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America : | |
| : | Docket No. 3:95CR89 (AWT) |
| : | |
| vs. : | |
| : | |
| Gary S. Blonder : | March 15, 2016 |

## UNITED STATES' STATUS REPORT

The United States hereby files its status report in accordance with this Court's previous Order (PACER No. 87).  The United States last reported that the Defendant, Gary Blonder ("Blonder") agreed to complete the Government's financial statement.  Thus, the Government's pending motion for debtor examination (PACER No. 82) has been held in abeyance, pending submission of the completed financial statement.  In preparation of this status report, Blonder was contacted on March 10, 2016 and reported that his accountant is currently reviewing the completed financial statement and that Blonder expects to receive it by March 31, 2016.  The United States intends to continue to monitor the situation, and in the interest of judicial economy, respectfully requests that its pending motion for debtor examination be withdrawn without prejudice.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT   06510
(203) 821-3807/FAX: (203) 773-5373
FEDERAL NO. CT03393
EMAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

## Certification

I hereby certify that on March 15, 2016, a copy of the within and foregoing was filed electronically.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney